

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00812-CV

**IN THE ESTATE OF** Consuella Perkins **ULBRICH**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  August 19, 2015

DISMISSED

The parties filed a joint motion to dismiss this appeal.  Their motion states they have agreed to dismiss this appeal.  They move this court to dismiss this appeal with the proviso "that any cost in this appeal is the sole responsibility of the party incurring such cost."

The parties' joint motion is granted; this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. 2001) (per curiam).

PER CURIAM